Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288
949-720-1292 Fax

Attorneys for Plaintiff
BESSIE NOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M 05-CV-1699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This document relates to:<br><br>BESSIE NOE<br>Individual Case No. C 05-5414 CRB | STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 05-6263 SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff, Bessie Noe, originally filed in the Central District of California, Case Number CV 05-6263 SJO, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 05-5414 CRB, may be and is hereby dismissed without prejudice.

1  The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim,
2  Plaintiff will only re-file in Federal Court.
3  The parties shall each bear their own costs.

5  Dated: August 21, 2006     ROBINSON, CALCAGNIE & ROBINSON

   _____
   Mark P. Robinson, Jr., SBN054426
   mrobinson@rcrlaw.net
   Carlos A. Prietto, III, SBN 166410
   cprietto@rcrlaw.net
   Ted B. Wacker, SBN 157416
   twacker@rcrlaw.net
   620 Newport Center Drive, 7th Floor
   Newport Beach, CA 92660
   Telephone: (949) 720-1288
   Fax: (949) 720-1292

   -AND-

   Samuel M. Wendt, MO #53573
   David Peterson, MO #32229
   PETERSON & ASSOCIATES, P.C.
   801 West 47th Street, Suite 107
   Kansas City, MO 64112-1253
   Telephone: (816) 531-4440
   Fax: (816) 531-0660

   *Counsel for Plaintiff*
   ROBERT M. HILL

20 Dated: August __, 2006     GORDON & REES

   _____
   Stuart M. Gordon, Esq.
   sgordon@gordonrees.com
   Embarcadero Center West
   275 Battery Street, 20th Floor
   San Francisco, CA 94111
   Telephone: (415) 986-5900
   Fax: (415) 986-8054

   *Defendants' Liaison Counsel*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: _August 30, 2006_          HONORABLE CHARLES R. BREYER

